# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-13-00156-CV

**Sanders Oil & Gas, Ltd.**

**v.**

**Big Lake Kay Construction, Inc.**

(No. 1555 IN 112TH DISTRICT COURT OF REAGAN COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | TAMMY COLE |
| MOTION FEE | $10.00 | E-PAID | STEVEN L. WOOLARD |
| MOTION FEE | $10.00 | E-PAID | STEVEN L. WOOLARD |
| MOTION FEE | $10.00 | PAID | JOHNSON LAW FIRM |
| REPORTER'S RECORD | $1,250.00 | UNKNOWN | SANDERS OIL & GAS, LTD. |
| CLERK'S RECORD | $61.00 | UNKNOWN | BROOME LAW OFFICE |
| MOTION FEE | $10.00 | E-PAID | STANLEY BROOME |
| MOTION FEE | $10.00 | PAID | BROOME LAW FIRM |
| FILING | $175.00 | PAID | BROOME LAW FIRM |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas:   0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, DENISE PACHECO, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this May 24, 2018.

Denise Pacheco, Clerk

*Denise Pacheco*